# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| HOLLY M. FLEMING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:25-cv-00207-AMM-SGC |
| ) | |
| KIMBERLY NEELY, Warden, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

Petitioner Holly M. Fleming, a federal inmate proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. Ms. Fleming challenges the decision of the Bureau of Prisons finding her ineligible for time credits under the First Step Act ("FSA") toward her early release from custody. *Id.*

On October 1, 2025, the magistrate judge entered a report recommending the court deny the petition because Ms. Fleming was convicted for possession of a firearm in furtherance of a drug-trafficking crime, which disqualifies her from receiving FSA time credits. Doc. 10. Ms. Fleming was advised of her right to file written objections to the report and recommendation within fourteen days, but the court has not received any objections or other response from Ms. Fleming.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Doc. 10. Consistent with that recommendation, the court finds Ms. Fleming's petition, Doc. 1, is due to be **DENIED**.

A final judgment will be entered.

**DONE** and **ORDERED** this 28th day of October, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE